**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DWIGHT ROSS,

    Plaintiff,

v.                                                        Case No. 8:05-cv-515-T-30MAP

BRADLEY PASTERNAK,

    Defendant .
_____/

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Incorporate This Court's Order Accepting as Evidence Plaintiff Exhausted His Administrative Remedies and May File This Case as New Case (Dkt. 7). As Plaintiff was previously advised, the document he filed in *Ross v. Pasternak*, Case No. 8:02-CV-494-T-30EAJ (M.D. Fla. 2002), as proof of exhaustion of the civil rights claim asserted therein is not relevant to the exhaustion of any claim other than the confrontation which allegedly occurred between Plaintiff and Defendant on April 3, 2000. The complaint filed in this case requests relief for an alleged injury incurred during a confrontation between Plaintiff and Defendant in "March 2000."[1]

A review of the record reveals that Plaintiff has not complied with the Court's April 28, 2005 order directing him to complete and file the Prisoner Consent Form and Financial Certificate enclosed therewith and pay the $13.41 partial filing fee within thirty (30) days

---

[1] In his complaint, Plaintiff states that Defendant, "on or about 03-30-01 deliberately and intentialy [sic] denied plaintiff [the] right to participate in religious practices approx. March 2001 by physically blocking plaintiff['s] ability to exit [the] dorm, locking plaintiff inside [the] dorm[,] verbally badgering and refusing to verify Plaintiff['s] participation in the Feast of Unleaven Bread authorized by D.O.C." (Dkt. 1 at 8.).

thereof. The Court has verified that the Clerk enclosed the form with Plaintiff's copy of said order, and Plaintiff acknowledges in the instant motion that he received the order.

ACCORDINGLY, the Court **ORDERS**:

1. The Motion to Incorporate This Court's Order Accepting as Evidence Plaintiff Exhausted His Administrative Remedies and May File This Case as New Case (Dkt. 7) is **DENIED**.

2. Plaintiff shall, within **ELEVEN (11) DAYS** hereof, pay the $13.41 partial filing fee and file a properly completed Prisoner Consent Form and Financial Certificate.

3. Failure to comply with this order within the allotted time shall result in the **DISMISSAL** of this action **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: jsh

Copies furnished to:
*Pro Se* Plaintiff